585 A.2d 411

ANNETTA CROWLEY v. ADAMUCCI OIL COMPANY.

October 30, 1990.

Petition for certification denied.

585 A.2d 412

MIDDLETOWN HOLDING CORP. v. TOWNSHIP
OF MIDDLETOWN.

October 30, 1990.

Petition for certification denied.

585 A.2d 412

MIDDLETOWN HOLDING CORP. v. TOWNSHIP
OF MIDDLETOWN.

October 30, 1990.

Cross-petition for certification denied.

585 A.2d 412

ANNA VENNERSBORG v. BOARD OF REVIEW AND
RUSSELL E. RITTER.

October 30, 1990.

Petition for certification denied.